United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin W Brinze  
Donna L Brinze  
    Debtors

Case No. 19-11434-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Mar 25, 2019  
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.  
db/jdb        +Kevin W Brinze,    Donna L Brinze,   205 Hyacinth Court,   Quakertown, PA 18951-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com  
        PAUL GREGORY LANG   on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com, lesliebrown.paralegal@gmail.com  
        PAUL GREGORY LANG   on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com, lesliebrown.paralegal@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                    TOTAL: 5

**Paul Gregory Lang, Esquire**
**Law Offices of Gallant and Parlow, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin W. Brinze | : CHAPTER 13 |
| Donna L. Brinze | : |
| Debtor s | : BANKRUPTCY NO. **19-11434** |
| | : JUDGE: mdc |
| | : |

ORDER

AND NOW, this _____25th_____ day of _____March_____, 2019, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional fourteen (14) days or until April 5, 2019 to file the Debtors Chapter 13 Schedules, Statement of Financial Affairs, Form B22A, Chapter 13 plan and sixty (60) days prior to filing of pay advices.

_Magdeline D. Coleman_
_____
J.

**Copies to:**

**Paul Gregory Lang, Esquire**
**Law Offices of Parlow and Lang PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**
**Philadelphia, PA 19107**

**Kevin and Donna W Brinze**
**205 Hyacinth Court**
**Quakertown, PA 18951**

**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**