Philadelphia, PA 19105

**Paul Gregory Lang, Esquire**
**Law Offices of Gallant and Parlow, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kevin W. Brinze** | : CHAPTER 13 |
| **Donna L. Brinze** | : |
| **Debtor s** | : BANKRUPTCY NO. **19-11434** |
| | : JUDGE: mdc |

## ORDER

AND NOW, this _____8th_____ day of _____April_____, 2019, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional FIVE (5) days or until April 10, 2019 to file the Debtors Chapter 7 Schedules, Statement of Financial Affairs, Form B22A and sixty (60) days prior to filing of pay advices.

_Magdeline D. Coleman_
_____
J.

**Copies to:**

**Paul Gregory Lang, Esquire**
**Law Offices of Parlow and Lang PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**

**833 Chestnut Street Suite 500**
**Philadelphia, PA 19107**

**Kevin and Donna W Brinze**
**205 Hyacinth Court**
**Quakertown, PA 18951**

**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**