**Paul Gregory Lang, Esquire**
**Law Offices of Gallant and Parlow, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

### U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **IN RE: Kevin W. Brinze** | **: CHAPTER 13** |
| **Donna L. Brinze** | **:** |
| **Debtor s** | **: BANKRUPTCY NO. 19-11434** |
| | **: JUDGE: mdc** |

_____   :_____

### ORDER

AND NOW, this_____11th_____ day of _____April_____, 2019,

Upon consideration of the Motion for an Extension of Time filed by Paul Gregory

Lang, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be

granted an additional one (1) day or until April 11, 2019 to file the Debtors

Chapter 7 Schedules, Statement of Financial Affairs, Form B22A and

sixty (60) days prior to filing of pay advices.

_____
**J.**

**Copies to:**

**Paul Gregory Lang, Esquire**
**Law Offices of Parlow and Lang PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**

**Philadelphia, PA 19107**


**Kevin and Donna W Brinze**
**205 Hyacinth Court**
**Quakertown, PA 18951**

**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**