United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Kevin W Brinze   
Donna L Brinze   
    Debtors

Case No. 19-11434-mdc   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 11, 2019   
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.   
db/jdb     +Kevin W Brinze,    Donna L Brinze,    205 Hyacinth Court,    Quakertown, PA 18951-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.   
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****   
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.   
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:   
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com   
        PAUL GREGORY LANG    on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com, lesliebrown.paralegal@gmail.com   
        PAUL GREGORY LANG    on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com, lesliebrown.paralegal@gmail.com   
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov   
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com   
                                                                                 TOTAL: 5

**Paul Gregory Lang, Esquire**
**Law Offices of Gallant and Parlow, PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**
**215-639-4400**
**Email: Paulgregorylang@yahoo.com**

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin W. Brinze | : CHAPTER 13 |
| Donna L. Brinze | : |
| Debtor s | : BANKRUPTCY NO. **19-11434** |
| | : JUDGE: mdc |
| | : |

ORDER

AND NOW, this 11th day of April, 2019, Upon consideration of the Motion for an Extension of Time filed by Paul Gregory Lang, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an additional one (1) day or until April 11, 2019 to file the Debtors Chapter 7 Schedules, Statement of Financial Affairs, Form B22A and sixty (60) days prior to filing of pay advices.

_Magdeline D. Coleman_
_____
J.

**Copies to:**

**Paul Gregory Lang, Esquire**
**Law Offices of Parlow and Lang PCs**
**3618 Hulmeville Rd**
**Bensalem, PA 19020**

**U.S. Trustee's Office**
**833 Chestnut Street Suite 500**

Philadelphia, PA 19107

**Kevin and Donna W Brinze**
**205 Hyacinth Court**
**Quakertown, PA 18951**

**WILLIAM C. MILLER, Esq.**
**Chapter 13 Trustee**
**P.O. Box 1229**
**Philadelphia, PA 19105**