# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-11434-MDC

KEVIN W BRINZE
DONNA L BRINZE
205 HYACINTH COURT

QUAKERTOWN, PA 18951

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KEVIN W BRINZE
DONNA L BRINZE
205 HYACINTH COURT

QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM, PA 19020-

/S/ William C. Miller
_____

Date: 5/17/2019

William C. Miller, Esquire
Chapter 13 Standing Trustee