UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kevin W. Brinze | : | Ch. 13 |
| Donna L. Brinze | : | |
| | : | |
| Debtors | : | 19-11434 mdc |

**RESPONSE TO MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362(d) WITH RESPECT TO PROPERTY: 205 HYACINTH COURT, QUAKERTOWN, PA 18951**

1. Admitted.
2. Admitted
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied
7. Denied
8. Denied.
9. Denied.
10. Denied.
11. Denied.

WHEREFORE, Debtor requests this Honorable Court enter an Order denying the Motion of Deutsche Bank National Trust Company for Relief from the Automatic Stay under 11 U.S.C. 362 (d) Pursuant to Bankruptcy Procedure Rule 4001.

Respectfully submitted,

Dated: July 1, 2020

/s/ Paul Gregory Lang, Esquire
Paul Gregory Lang, Esquire
Parlow & Lang, PCs
3618 Hulmeville Rd.
Bensalem, PA 19020
Phone:215-639-4400
Email:paulgregorylang@yahoo.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Keven W. Brinze | : | Ch 13 |
| Donna L. Brinze | : | |
| | : | |
| Debtors | : | 19-11434 mdc |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Paul Gregory Lang Esq., attorney for the above-names debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtor's Response to Motion of Deutsche Bank National Trust Company for Relief from the Automatic Stay under 11 U.S.C. 362 (d) with respect to Property: 205 Hyacinth Court, Quakertown, PA 18951 upon the following:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Kevin and Donna Brinze
205 Hyacinth Court
Quakertown, PA 18951

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Brian C. Nicholas, Esq
Attorney for Deutsche Bank National Trust Company
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street Suite 5000
Philadelphia, PA 19106

Dated: July 1, 2020                    /s/ Paul Gregory Lang, Esquire
                                                              Paul Gregory Lang, Esquire
                                                              Parlow & Lang, PCs
                                                              3618 Hulmeville Rd
                                                              Bensalem, PA 19020
                                                              Phone:215-639-4400
                                                              Email:paulgregorylang@yahoo.com