# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KEVIN W. BRINZE                    :   CHAPTER 13 BANKRUPTCY
DONNA L BRINZE                              :   NO. 19-11434 MDC
                                            :

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

The Debtors have filed with the Court a Motion to Modify Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 15, 2020, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk's Office
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Paul Gregory Lang, Esquire
    3618 Hulmeville Road
    Bensalem, PA  19020
    Phone:  (215) 639-4400

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Judge Coleman on October 22, 2020 at 11:00 a.m. in Courtroom 2 of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE 877-336-1827 ACCESS CODE 7855846

      4.      If a copy of the motion is not enclosed; a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 9/15/2020

/s/ Paul Gregory Lang Esquire
Parlow & Lang P.C.
3618 Hulmeville Rd
Bensalem, Pa 19020
215-639-4400