UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :
                                               :
**Kevin W. Brinze**                            :     **Chapter: 13**
**Donna L. Brinze**                            :     Case No. **19-11434**
_____
Debtor(s)

CERTIFICATE OF SERVICE

    I, Paul Gregory Lang, Esquire hereby certify that I am the Attorney for Debtors in the above-captioned matter and that on September 15, 2020 I sent copies of the Motion to Modify Chapter 13 plan, Fifth Amended plan and Proposed Order pursuant to Local Rule 1009.1 to the parties indicated below:

                                                 **/s/ Paul Gregory Lang, Esq**
                                                 **Paul Gregory Lang, Esquire**
                                                 Counsel for Debtor(s)

Dated: 09/15/2020

US Trustees Offices

Trustee

The Debtors

All creditors on the attached mailing matrix