**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kevin W. Brinze** | **: CHAPTER 13** |
| **Donna L. Brinze** | **: HEARING: October 22, 2020** |
| **Debtor** | **: BANKRUPTCY NO. 19-11434 mdc** |

**CERTIFICATION OF NO ANSWER/RESPONSE TO MOTION TO MODIFY PLAN**

**TO THE CLERK :**

I, Paul Gregory Lang, Esquire, hereby certify that on September 15, 2020, I served true and correct copies of the attached Motion to Modify plan to the trustee and all interested parties. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of the Court.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant the Motion to Modify the plan and enter the proposed Order attached hereto.

/s/ Paul Gregory Lang, Esquire
_____
PAUL GREGORY LANG, ESQUIRE
Law Offices of Parlow & Lang, PCs
3618 Hulmeville Rd
Bensalem PA 19020
215-639-4400