## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: KEVIN W. BRINZE          :        CHAPTER 13
DONNA L. BRINZE             :        BANKRUPTCY
                                   :        NO. 19-11434 MDC

## <u>ORDER</u>

AND NOW, this  13th   day of  December, 2020, upon consideration of the Motion to

Modify Chapter 13 Plan filed by Paul G. Lang, Esquire, Attorney for Debtor, it is hereby

ORDERED that the Debtor be allowed to Modify the Fourth Amended Plan by filing a Fifth

Amended Plan.

_____
Date

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE