# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donna L. Brinze<br>Kevin W. Brinze<br><br>　　　　　　　Debtor(s) | Chapter 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2<br>　　　　　　　Movant<br>vs.<br>Donna L. Brinze<br>Kevin W. Brinze<br>　　　　　　　Debtor(s)<br>and William C. Miller Esq.<br>　　　　　　　Trustee | NO. 19-11434 MDC |

## ORDER

AND NOW, this  9th  day of  September 2021 upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on  *August 4, 2020*  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 205 Hyacinth Court Quakertown, PA 18951.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge