**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-11434-MDC

KEVIN W BRINZE
DONNA L BRINZE
205 HYACINTH COURT

QUAKERTOWN, PA 18951

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN W BRINZE
    DONNA L BRINZE
    205 HYACINTH COURT

    QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

Date: 9/22/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee