United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                                                                                Case No. 19-11434-mdc

Kevin W Brinze                                                                                                                                                                                Chapter 13

Donna L Brinze

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                     User: admin                                                             Page 1 of 2
Date Rcvd: Nov 18, 2021                                         Form ID: pdf900                                        Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin W Brinze, Donna L Brinze, 205 Hyacinth Court, Quakertown, PA 18951-2757 |
| 14284459 | | Children's Hospital of Philadelphia, Physician Billing - PB Chop, PO Box 788017, Philadelphia, PA 19178-7802 |
| 14284460 | + | Deutche Bank, C/O Mike McKeever, Esquire, KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14287861 | + | Deutsche Bank National Trust Company,, as Indenture Trustee, for New Century, Home Equity Loan Trust 2005-2, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14284461 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14284462 | + | Lansdale Pediatric & Adolescent Medical, PO Box 827291, Philadelphia, PA 19182-7291 |
| 14284463 | + | Mill Pond Vetrinary Clinic, 2255 Mill Pond Road, Quakertown, PA 18951-3939 |
| 14284464 | + | Pennsylvania Turnpike Commission, 8000 C Derry Street, Harrisburg, PA 17111-5200 |
| 14324082 | + | Quakers Green Community, 975 Easton Road, Warrington PA 18976-1858 |
| 14284465 | + | St Luke's University Health Network, c/o Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14284466 | + | Temple Fox Chase Cancer Center, PO Box 827200, Philadelphia, PA 19182-7200 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14316272 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14316482 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 18 2021 23:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf900 | Total Noticed: 16 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021                 Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com |
| PAUL GREGORY LANG | on behalf of Debtor Kevin W Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| PAUL GREGORY LANG | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 paulgregorylang@yahoo.com, lesliebrown.paralegal@gmail.com |
| PAUL GREGORY LANG | on behalf of Joint Debtor Donna L Brinze paulgregorylang@yahoo.com lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Kevin W. Brinze | : | Chapter 13 |
| Donna L. Brinze, | : | |
| Debtor(s). | : | Bankruptcy No.19-11434 -MDC |

ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  November 18, 2021

*[signature]*

MAGDELINE D. COLEMAN
Chief U.S. BANKRUPTCY JUDGE