U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kevin W. Brinze           : CHAPTER 13
      Donna L. Brinze            :
         Debtors                 : BANKRUPTCY NO.  19-11434 mdc

ORDER TO ALLOW COUNSEL FEES

    AND NOW, this   8th   day of     March 2002,   upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

      Counsel fee:   $3,500
      Total paid by Debtor prepetition:  $2000.00
      ($1500 to be paid in Plan)
      Filing fee paid by client

    The amount paid is for counsel's handling of Debtors above-captioned Chapter 13 case.

    In the event debtors case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1500.00 which was paid by the Debtor(s) prepetition.**

Date:_____          _____
                                              MAGDELINE D. COLEMAN
                                              CHIEF U.S. BANKRUPTCY JUDGE

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtors